# EXHIBIT A

AR Form 250-51D (02/15/07)

## Adult Parole, Community Corrections, and Youthful Offender System
### Intensive Supervision Program (Inmate/Parolee) and Youthful Offender System Phase III
### DIRECTIVE / COMMUNITY SUPERVISION LAWFUL ORDER

Name: MARK JANNY                                        DOC Number: 150344

Date: 12/10/2014                                         County/Region: LARIMER

**PAROLE:** Pursuant to C.R.S. 17-27.5-106, Condition 10 or a modification of your Parole Agreement/Order requires you to participate in the Intensive Supervision Program for **24 months** days. Condition 3 of your Parole Agreement/Order states, in part, "...Parolee shall follow the directives of the Community Parole Officer at all times."

**INMATE:** The Intensive Supervision Program shall be governed by the laws of the State of Colorado and the policies and procedures of the Department of Corrections. The Director of the Divisions of Adult Parole and Community Corrections, with the approval of the Executive Director of the Department of Corrections, hereby orders your transfer from **n/a** to the Intensive Supervision Program effective _____ pursuant to Colorado Revised Statutes, C.R.S. 17-27-5-101.

**YOS:** The Community Supervision Phase (Phase III) of Youthful Offender System (YOS) shall be governed by the laws of the State of Colorado and the regulations, policies and procedures of the Department of Corrections. The Director of the Division of Adult Parole, Community Corrections, and YOS, with the approval of the Executive Director of the Department of Corrections, herewith transfers you to YOS Phase III, Community Supervision,
effective _____ pursuant to Colorado Revised Statute 18-1.3-401, Youthful Offender System and subject to your agreement to the conditions of the YOS Phase III, Community Supervision Lawful Orders.

**INMATE/YOS:** Assignment to the Intensive Supervision Program/Community Supervision Phase does not constitute a change in your commitment status as a Department of Corrections offender. You are required to adhere to the procedures, responsibilities, prohibitions, and sanctions governing offender conduct established in DOC Administrative Regulation 150-01, "Code of Penal Discipline" and the Lawful Orders as set forth in this Lawful Order. Refusal to agree to and sign the Community Supervision Lawful Order shall require termination from Community ISP / Youthful Offender System.

## DIRECTIVES / LAWFUL ORDERS

ISP placement for Parolees and Inmates, and Community placement for YOS Offenders subjects the offender to the following directives/lawful orders:

_____1. As a participant in ISP or YOS Phase III, your official custody and extended limits of confinement are defined as your approved residence of record by the Department of Corrections. If you fail to remain within the limits of confinement or fail to return to your official place of custody following leave granted for a specific purpose(s) for a specified period of limited duration without the authorization of the Department of Corrections, you shall be deemed to have escaped from custody, and may be prosecuted and convicted of Felony Escape in accordance with C.R.S. 17-27.5-104 and C.R.S. 18-8-208.

_____2. You are directed to report, in person, to your CPO every **Wed** between the hours of **0900** am and **1800** pm, unless otherwise directed by your CPO.

_____3. You are to secure and maintain continuous telephone service at your residence of record unless waived by your CPO and his/her supervisor.

_____4. You are to be monitored by electronic surveillance equipment and you are responsible for the care, safekeeping, and return of the equipment. You may be required to install your electronic monitoring equipment as instructed by your CPO or a representative of a contracting agency. Installation shall be made immediately upon your return to your residence of record.

_____5. You are directed to go to **BI** _____, located at **BI incorporated** _____ to pick up your electronic monitoring equipment. You are to comply with the electronic monitoring company's rules and procedures regarding the use, care, and operation of the equipment.

EXHIBIT G
Calderwood-Mackelprang
303 477 - 3500

Attachment "D"
Page 1 of 3

CDOC/JANNY-00054

_____ 6. You are not to remove or tamper with the electronic monitoring equipment installed on your person, nor are you to make any attempt to do so unless given permission by your CPO, ISP contract agency, or other authorized person. If you are placed on the paging system, you are to keep the pager on your person or within audible range at all times.

_____ 7. You shall telephone C-Wise at 1-800-426-9143 sometime between the hours of 5:00am and 10:00am for a daily check-in, unless directed otherwise by your CPO.

_____ 8. You are to be in your residence of record each day during your assigned curfew hours unless a change has been approved by a CPO. During your assigned curfew hours, you must remain Inside your home. Your initial assigned curfew is:

|  | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|---|
| May Leave | 06:00 | 06:00 | 06:00 | 06:00 | 06:00 | 06:00 | 06:00 |
| Must Return | 18:00 | 18:00 | 18:00 | 18:00 | 18:00 | 18:00 | 18:00 |

_____ 9. You are restricted to the following geographic area or county: _LARIMER_____ only, for work as well as leisure activities. You may not leave this area without the knowledge and prior consent of your CPO.

_____ 10. You shall report any police contacts or arrests to your CPO, by the next business day.

_____ 11. You shall obey all State and Federal laws and Municipal ordinances at all times.

_____ 12. You shall cooperate and comply with all directives given by your CPO.

_____ 13. You shall immediately notify your CPO if you are using any prescription medication, and the reason.

_____ 14. You shall allow your CPO to search your person, vehicle, residence or any property under your control.

_____ 15. You are directed to report to_touchstone_____, no later than __as ordered_____, for assessment, evaluation, and treatment for _mental health_____. You are directed to follow the treatment provider's instructions and cooperate fully with them in your treatment. Failure to attend scheduled intake appointment will result in a rescheduling fee to be paid by you.

_____ 16. You shall assume financial responsibility of all your debts and any other financial matters while assigned to the Intensive Supervision Program. You shall not have nor use credit cards or other financial devices or have a savings or checking account without prior written approval from your CPO.

_____ 17. You shall not associate with any security threat group (gang member/group), in any security threat group activities, or have in your possession any item that would be characteristic of security threat group paraphernalia. You shall not flash STG signs, alter clothing/articles to represent STG signs or monikers, nor wear "colors" or other distinguishing STG articles of clothing.

_____ 18. You are directed to pay $10.00 per month supervision fees no later than the 10th day of each month for the duration of your supervision. This will be in the form of a cashier's check or money order to: Protocol Services Inc. Make sure your name, DOC Number, and the date are clearly printed.

_____ 19. You shall report in person on _as ordered_____ to _LARIMER COUNTY COMMUNITY CORRECTIONS_____, located at: _2255 MIDPOINT DRIVE FORT COLLINS, CO 80525_____ to establish your daily call-in procedure for UA/BA testing. You are directed to report in person to this provider/contract agency when directed by the daily call-in line or your CPO to provide a UA/BA specimen to determine the use of drugs or alcohol.

_____ 20. You shall actively participate in your Supervision Plan which may be changed from time to time upon personal notification. You shall attend and participate in any DOC approved counseling, treatment evaluation or programs and/or vocational/educational programs designated by your CPO. You must successfully complete the program and unexcused absences shall be deemed a violation of your ISP placement.

_____ 21. You shall make monthly restitution payments, as directed by your CPO, until paid in full. Payments shall be made through Western Union Swift Pay Prepaid Service. 1-800-634-3422 option 2 number will find the nearest location. (Refer to AR 250-18, *Restitution*).

Attachment "D"
Page 2 of 3

Janny 15034

___ 22. You shall not obtain a drivers license without permission from your CPO. If you are allowed to drive a motor vehicle, you must submit your Colorado Driver's License, current vehicle registration, and current proof of insurance to your CPO. Any changes or updates shall be reported to your CPO by the next business day.

___ 23. You are not to use, own, or possess any dangerous contraband such as a BB/pellet gun, knife (any size), pepper mace or pepper spray, paint ball guns, tasers, bows & arrows, crossbows, or any substance/item, real or simulated, which is capable of causing or inducing fear of death or serious bodily injury, including explosive devices and/or ammunition. Any knives used for work purposes must be approved by your CPO.

___ 24. You are not to use or possess any drug paraphernalia. This includes rolling papers, scales, and other items typically characterized as drug paraphernalia.

___ 25. You shall not associate with anyone with a criminal history (including felonies, misdemeanors, municipal codes, or offenders in facilities or halfway houses) without prior permission from your CPO (this also includes correspondence by phone, mail, or electronic messaging). You must submit the names and dates of birth of any person you would like to associate with to your CPO. Not knowing that they have a criminal history is not an excuse. It is your responsibility to ask them, and to ask your CPO for permission.

___ 26. You are to have no alcoholic beverages in your possession. You are not to ingest any alcoholic beverages or consume any product or medication which contains alcohol, nor are you to enter bars, lounges, liquor stores, or any establishment whose main purpose is the distribution and/or sale of alcohol.

___ 27. In private residences, you shall not install, nor maintain, any surveillance cameras or equipment.

___ 28. If you are authorized to possess any pagers or cellular phones, you shall provide these numbers to your CPO. You will provide billing statements upon request by your CPO.

___ 29. You shall not have contact with any victims, including correspondence, telephone contact or communication through third parties except under circumstances approved in advance and in writing by your supervising CPO.

___ 30. If at anytime you wish to file a grievance, the procedures outlined in Administrative Regulation 850-04, *Grievance Procedure*, must be followed.

___ 31. Other special orders as stated:

MEDS - DESIRTON 1700 2X DAILY

I agree to follow all Directives/Lawful Orders stated in this document and do hereby waive Extradition to the State of Colorado from any State or Territory in the United States or the District of Columbia, and agree that I will not contest any effort to return me to the State of Colorado.

I have read this Directive/Lawful Order or have had it read to me and have full and intelligent understanding of the contents and meaning thereof, and I have received a copy of this document. I understand that my failure to follow any directive/lawful order contained herein is a violation of my ISP Supervision/Youthful Offender System Phase III and may result in revocation of my parole, or termination and removal from community corrections/supervision.

Signature of Offender

12-11-14
Date

Signature of Community Parole Officer

12-10-14
Date

Distribution: Working File, Department File, Offender

Attachment "D"
Page 3 of 3