# EXHIBIT C

# STATE OF COLORADO

DEPARTMENT OF CORRECTIONS
Adult Parole, Community Corrections,
and Youthful Offender System
Web: www.doc.state.co.us



## DIRECTIVE

**DATE:**

**TO: -** Janny   150344  (DOC#)

Condition 3 of the Parolee Agreement/Order States, in part, "...Parolee shall follow the directive of the Parole Officer."

Per condition 3 of your Parole Agreement/Order, you are hereby issued the following directive(s):
I will locate housing at 316 Jefferson st, Ft. Collins, Colorado (Denver Mission), and abide by all house rules as established. If said rules are violated, the violation will lead to me being placed at Washington County jail to address the violation.

I will establish my u/a's at the DRC no later than 2/4/15.

I have read the foregoing directive(s) or have had it read to me and I have full and intelligent understanding of the contents and meaning thereof, and I have received a copy of this document. I understand that my failure to follow directive(s) of the Community Parole Officer is a violation of Condition 3 of my Parole Agreement/Order and can lead to the revocation of parole.

Parolee _____    Date 2/3/15

Witness _____

**EXHIBIT 11**
Calderwood-Mackelprang
303 477-3500

CDOC/JANNY-00059