# EXHIBIT G



# Transitional Community Application

**Welcome to the Fort Collins Rescue Mission,**

We invite you to consider being a part of our Transitional Community. We greatly value you and believe that you were created to fulfill your purpose as God's handiwork, created in Christ Jesus to do good works, which God prepared in advance for you to do.  We are here to help you figure out what that looks like, and it all starts with becoming a productive, self-sufficient citizen living in healthy community relationships.

If you would interested in joining our community, we ask that you complete this application. Upon review, an interview will be set-up, either in person or by phone, in order to best determine which community group would be most beneficial. We have three different community groups within Fort Collins Rescue Mission or we refer out to other communities:

- Steps to Success
- Work Dorm
- Staging for New Life Program *(rehabilitation program at Harvest Farm)*
- Referral Out

### NOTE: Fort Collins Rescue Mission is NOT a rehabilitation program!

**I have read and/or completed the following information:**

- Transitional Community Groups
- Pre-screening Questions
- Intake Essay
- HMIS questions

Name: _____     Nickname: _____

Phone: _____     Email: _____

_____     _____
Applicant Signature                                                          Date

RESCUE-MISSION 0001

**TRANSITIONAL COMMUNITY GROUPS**

**Which Community Group are you interested in? <u>Check ONE box</u> *only*:**

❑ **<u>Steps to Success (S2S)</u>** *(GOAL to transition out: 3 – 10 months):*
- More accountability; transitional preparation meetings twice a month to go over Exit Plan
- Five objectives to the program along with getting housing:
  [1] Full program compliance
  [2] Seek and maintain permanent full-time job *(32+ hours/week)*
  [3] Create a workable budget to save towards permanent stable housing (saving ¾ out of every pay check)
  [4] Join a supportive community group (i.e. Christian faith-based church, community group, or a recovery group like Celebrate Recovery for AA or NA)
  [5] Address your particular long-term issues that may hinder your success (i.e., legal, physical, financial or mental concerns)
- Agree to submit to periodic urine analysis (UA) and breathalyzer (BA) screenings

❑ **<u>Work Dorm (WD)</u>** *(GOAL to transition out: 4 months) – Are you working now 32+ hours/week?  [y]  [n]*
- Minimal accountability; must have full-time job with a paystub and taxes taken out (32 hours or more)
- Meet with ESC twice a month to go over Exit Plan and show proof of income/savings
- Must show proof of paystubs each pay period, as well as bank statements to verify that you are saving 3/4 of every pay check once bills are paid. *Day labor will not be considered as a legitimate job*
- Pursue and explore all legitimate, permanent housing options while in this program (i.e., sober living, restoration with family, single-room occupancies, roommates, rentals and subsidized housing).

❑ **<u>Staging</u>** – men only *(GOAL to transition into New Life Program\* at Harvest Farm:  2 – 3 weeks):*
*\*Requires separate application process.  Please call (720) 212-8295 to inquire.*
- Upon recommendation by the Fort Collins Rescue Mission, must apply and be accepted with Harvest Farm for the New Life Program.  This is an up to 1 year, residential rehabilitation program (www.HarvestFarm.net)
- You stage or stay with us until an opening is available for New Life Program at Harvest Farm or The Crossing, Denver
- Must obtain the following items:
  [1] Bring a 30-day supply of all prescriptions to the Farm
  [2] Pass a clean (UA) with exception of Benzos and THC, plus a clean (BA)

❑ **<u>Referral</u>** – I need something not listed.  It is: _____

**Facility hours of operation for all Transitional Community Groups**

| | |
|---|---|
| **5:45 AM** | Morning wake-up call (for earlier wake-up calls, talk with ESCs) |
| **6:20 AM** | Morning devotions |
| **6:30 – 7:00 AM** | Breakfast |
| **8:00 AM (M-S)**<br>**8:30 AM (Sun)** | All Transition Community Members *must leave building* unless working on chores or have an appointment with case manager.<br>***This means NO sleeping in bunk without prior approval by staff.*** |
| **Noon** | Lunch for Steps to Success community group and Stagers who are onsite<br>*Work Dorm community group – sack lunches are provided starting in the 3rd month* |
| **4:00 PM** | Allowed back in dorm *(must be wearing badge to enter building)* |
| **5:00 PM** | Chapel service – S2S participants must be in chapel if *on property*, unless you have proof of attending small group or regular church services each week |
| **5:30 – 6:15 PM** | Dinner *(if not in chapel, you must wait outside for chapel guests to eat first)* |
| **7:30 PM** | Curfew *(unless you are working or attending community/support group)* |
| **10:00 PM** | Lights out (Monday – Thursday) | **11:00 PM** | Lights out (Friday – Sunday) |

_____
Initial here

RESCUE MISSION 0002

**PRE-SCREENING QUESTIONS**

Previous address or address listed on your I.D. _____

Who referred you to our programs? _____   Staff: _____

1)  Have you participated in a Denver Rescue Mission, Fort Collins Rescue Mission program before?  [y]  [n]
    If so, which one(s)? _____. Have you been out of these programs for more than 15 days?  [y]  [n]
    How many times have you been in our "Steps to Success" Program. _____

2)  Do you understand the goal of these programs is to become a housed "productive, self-sufficient citizen", and is this your goal
    for being here?  [y]  [n]

3)  *Steps to Success only* – Will you work to complete our five (5) objectives culminating in stable housing
    ([1] full program compliance; [2] permanent job/steady income; [3] workable budget; [4] supportive community involvement;
    [5] addressing your particular long-term issues that may hinder your success [i.e., legal, physical, financial
    or mental concerns])?  [y]  [n]

4)  Are you at least 18 years old?  [y]  [n]  And, a legal U.S. resident?  [y]  [n]
    Non-citizens: can you produce a VISA, passport or green card?  [y]  [n]

5)  Are you married (legally or common law)?  [y]  [n]  (Note: men and women stay in separate dorms).
    Does your family know that you are applying?  [y]  [n]  May we contact them?  [y]  [n]
    Name _____   Phone # _____   Relationship: _____

6)  Have you been in treatment programs before?  [y]  [n] When? _____  Where? _____
    Do you have an active addiction right now?  [y]  [n] When was the last time you used/drank? _____
    How often has this happened in the last month? _____
    Would you be better staging for rehabilitation program?  [y]  [n]
    If no, why not? _____

7)  Are you <u>free</u> from active warrants?  [y]  [n]  Do you have any past or present sexual offenses?  [y]  [n]
    Are you currently on parole?  [y]  [n]  on probation?  [y]  [n]  or out on bond?  [y]  [n]  Who is your P.O.? _____

8)  Do you have any gang affiliations?  [y]  [n] Have you been convicted of any violent crimes?  [y]  [n]

9)  Are you physically able to work full-time *(32+ hours/week)*?  [y]  [n]  Will you make getting a job a key focus?  [y]  [n]

10) Are you able to walk or get around on your own without the assistance of other people or equipment?  [y]  [n]

11) Are you on or seeking disability?  [y]  [n]

12) Do you have any operations/surgeries coming up?  [y]  [n] Would this affect your ability to get or keep a job?  [y]  [n]

13) Do you have mental health issues/concerns?  [y]  [n] Should you be on medication for your condition?  [y]  [n]
    Are you on your medication?  [y]  [n] Do you have the means to pay for it?  [y]  [n]

14) Can you read and write?  [y]  [n] Do you have hearing or sight impairment?  [y]  [n]

15) Have you used any substance (illegal or prescription) within the past 30 days that would cause you to test <u>positive</u> on a [U/A]?
    [y]  [n]. What is it? _____

16) This is a drug free and alcohol free facility. By joining our community, do you agree to submit to an initial drug and alcohol
    screening? [y]  [n]  If a positive test results, do you agree to have a conversation about how to best address this potential life
    obstacle? [y]  [n]  If joining *Steps to Success or Staging* for Harvest Farm, then do you agree to submit to subsequent UA/BA
    screenings? [y]  [n]

17) Are you willing to comply with our budgeting and savings requirements (by saving 3/4 of your earnings)?  [y]  [n]

18) Are you willing and able to attend mandatory workshops, groups, and case managements meetings?  [y]  [n]

19) Are you willing to comply with the totality of our community and program rules?  [y]  [n]

20) Are you willing and able to keep your area clean and complete a daily chore?  [y]  [n]

21) *Steps to Success only* – List all medication(s) you *should* be taking. If any will cause a positive UA, then you will need to ask your
    doctor for an alternative prescription:
    _____
    _____

**ONE-PAGE INTAKE ESSAY**

NAME: _____   DATE: _____

1.  Tell us about the situations in your life that have led you to your current position right now.
2.  Why do you want to join our community here at the Fort Collins Rescue Mission?
3.  What are you willing to do to get out of homelessness?
4.  What else might we need to know about you?

(Please limit yourself to one page and write at least half a page. Please turn this essay in on this form only.)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Once your application is received, an interview appointment will be setup either in person or over the phone to discuss the best Community Group for you. Once it's been determined that FCRM is a good fit for you, then it will be *up to you to call in once every couple of weeks to check bed availability*. **When a bed opens up, the first person to call that week will be accepted in.** There are <u>no wait lists</u>. This is a first one to call, gets in, as long as your application and interview have been completed.

**Steps to Success applicants, please call 970-224-4302 x1208, and ask for the Manager of Programs.**
**Work Dorm applicants, please call: 970-492-6211 x1137 (Men) or 970-689-2842 (Women).**

RESCUE MISSION 0004

# New Client Enrollment-HMIS Questions

**First Name** _____

**Last Name** _____

**SS# (or last 4 digits)** _____/_____/ _____

**Middle Initial** _____

**DOB**_____

**Zip Code of last address** _____

**Gender**
- ❑ Male   ❑ Female
- ❑ Trans-Male (MTF)   ❑ Trans-Female (FTM)
- ❑ Client refused

**Race**
- ❑ American Indian or Alaska Native
- ❑ Asian
- ❑ Black or African American
- ❑ Native Hawaiian or Other Pacific Islander
- ❑ White
- ❑ Client doesn't know
- ❑ Client refused
- ❑ Other
- ❑ Data not collected

**Ethnicity**
- ❑ Non-Hispanic or Latino
- ❑ Hispanic or Latino
- ❑ Client doesn't know
- ❑ Client refused
- ❑ Data not collected

**Disabling Condition**
- ❑ No   ❑ Yes
- ❑ Client doesn't know
- ❑ Client refused   ❑ Data not collected

**Current/Prior Residence**
- ❑ Emergency shelter, including hotel or motel paid for with emergency shelter voucher
- ❑ Place not meant for habitation
- ❑ Safe haven
- ❑ Interim housing
- ❑ Rental by client with non-VASH housing subsidy
- - -
- ❑ Foster care home/foster care group home
- ❑ Hospital or other residential non-psychiatric medical facility
- ❑ Jail, prison, juvenile detention facility
- ❑ Long-term care facility or nursing home
- ❑ Psychiatric hospital or other psychiatric facility
- ❑ Residential project or halfway house with no subsidy
- ❑ Substance abuse treatment facility or detox center
- - -
- ❑ Hotel or motel paid for w/o emergency shelter voucher
- ❑ Owned by client, with ongoing housing subsidy
- ❑ Permanent housing (other than RRH) for formerly homeless persons
- ❑ Rental by client, no ongoing housing subsidy

- ❑ Rental by client, with housing subsidy (including RRH)
- ❑ Staying or living in a family member's room, apartment or house
- ❑ Staying or living in a friend's room, apartment or house
- ❑ Transitional housing for homeless persons (including homeless youth)
- ❑ Rental by client with VASH subsidy
- ❑ Rental by client, with GDP TIP Subsidy
- ❑ Residential project or halfway house with no homeless criteria
- ❑ Client doesn't know
- ❑ Client refused
- ❑ Other

**Health Insurance**
- ❑ No   ❑ Yes
- ❑ Client doesn't know
- ❑ Client refused   ❑ Data not collected

**Length of Stay at current/prior Residence**
- ❑ One night or less
- ❑ Two to six nights
- ❑ One week or more, but less than one month
- ❑ One month or more, but less than 90 days
- ❑ 90 days or more, but less than one year
- ❑ One year or longer
- ❑ Client doesn't know
- ❑ Client refused
- ❑ N/A

**Reason for Homeless situation**
- ❑ Addiction
- ❑ Debt
- ❑ Divorce
- ❑ Domestic Abuse
- ❑ Eviction
- ❑ Job Loss
- ❑ Legal Issues
- ❑ Loss/Death/Disability
- ❑ Medical Issues
- ❑ N/A
- ❑ Released from Correctional Facility

**Total number of times you have been homeless** (including this time)
❑ 0   ❑ 1   ❑ 2   ❑ 3   ❑ 4   ❑ 5-7   ❑ 8-10   ❑ 11 or more   ❑ N/A

**Total number of times you have been homeless in past 3 years** (including this time)
❑ 0   ❑ 1   ❑ 2   ❑ 3   ❑ 4   ❑ 5-7   ❑ 8-10   ❑ 11 or more   ❑ N/A

## What is the "Steps to Success" Program?

- "Steps to Success" is a 3 to 10 month transitional, Christian-based program that provides men and women help to become productive, self-sufficient citizens.
- It is designed to address basic needs as well as relational and life skill issues while individuals pursue employment and housing.
- It is a 3-step program (after a probationary stage) that provides accountability as you accomplish tiny, case management tasks that will increase your potential for successful re-entry into society.
- It provides basic life-skills training through workshops in areas such as finances, addiction, employment readiness, healthy relationships and more.
- It exposes you to the good news of Jesus Christ in a supportive community.

## The "Steps to Success" Program Combines:

- Spirituality: Bible study, chapel services, community and church involvement.
- Life-skills workshops.
- Work Therapy
- Case Management

## Would you be a good fit for our program?

- Are you at least 18, a legal U.S. resident and free from active warrants or sexual offenses?
- Will you be open to participating in Bible Studies, chapels and Christian church services?
- Would you be willing to complete basic work therapy chores?
- Would you be willing to attend case management meetings and outside services if deemed appropriate?
- Would you be willing to attend and complete basic life skill workshops?
- Will you agree to be alcohol, drug and nicotine free?
- Will you agree to submit to random UAs and Bas?
- Will you agree to seek gainful employment as well as save and budget your money?

## So...how do I get started?

Call or email to set up an appointment:

Phone: 970.224.4302
Email: *info@fortcollinsrescue.org*

Then meet with a program staff member and fill out an application.  Once you are approved, you can get started in the program right away.

If you are on the waiting list, please call every Tuesday to check in. Failures to do so will forfeit your place.

RESCUE MISSION 0006

## What else do you offer?

- We offer free, hot breakfasts and dinners for any and all in our community.
- We offer emergency shelter services (beds and meals) for single men and women ages 18 and older who are not in our "Steps to Success program".
- We provide a long-term rehabilitation program for men in Wellington, CO and we try to assist in other agency referrals as well.

- **Fort Collins Rescue Mission:** Emergency care: meals; overnight shelter; transitional program.
- **Harvest Farm:** Long-term *New Life* rehabilitation program; farming and ranching operation; food and clothing distribution; *Fall Festival.*
- **Champa House (Denver):** Long-term *New Life* rehabilitation program for single women with dependent children.
- **Denver Rescue Mission (multiple locations in Denver):** meals; overnight shelter; rehabilitation programs; transitional housing; clothing distribution; furniture; clinics and family services.

RESCUE MISSION 0007