# EXHIBIT H

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-02840-RM-SKC

MARK JANNY,

    Plaintiff,

v.

JOHN GAMEZ, Community Parole Officer, Colorado Department of Corrections, in his individual capacity;
LORRAINE DIAZ DE LEON, Parole Supervisor, Colorado Department of Corrections, in her individual capacity;
JIM CARMACK, Director of The Program, Denver Rescue Mission in Fort Collins, in his individual capacity;
TOM KONSTANTY, Co-Director of The Program, Denver Rescue Mission in Fort Collins, in his individual capacity

    Defendants.

---

## AFFIDAVIT OF TOM KONSTANTY

---

    1.    I am over the age of eighteen (18) and have personal knowledge of the matters attested to herein.

    2.    At all times relevant to this matter, I was the Assistant Director and Program Manager, Denver Rescue Mission in Fort Collins (hereinafter referred to as the "Rescue Mission").

    3.    In my capacity as Assistant Director and Program Manager for the Rescue Mission, I never had any interaction with Defendant John Gamez, nor any other Community Parole Officer, about Mr. Janny.

THE AFFIANT FURTHER SAYETH NAUGHT.

STATE OF COLORADO        }
                         }SS.
COUNTY OF LARIMER CO     }

I, Tom Konstanty, hereby certify that the contents of the foregoing are true and correct to the best of my current actual knowledge.

Tom Konstanty

SUBSCRIBED AND SWORN TO before me, this 24TH day of OCTOBER, 2018. Witness my hand and official seal.

STEPHANIE MARIE POLZIN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20194023949
MY COMMISSION EXPIRES JUNE 24, 2023

Notary Public
My commission expires: _____

2