UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

August 30, 2021

Mr. Jeffrey P. Colwell
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

**RE:**   **20-1105, Janny v. Gamez, et al**
Dist/Ag docket: 1:16-CV-02840-RM-SKC

Dear Clerk:

Pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate in the above-referenced appeal issued today. The court's August 6, 2021 judgment takes effect this date. With the issuance of this letter, jurisdiction is transferred back to the lower court/agency.

Please contact this office if you have questions.

        Sincerely,

        Christopher M. Wolpert
        Clerk of Court

cc:    Gregory Bueno
       Matthew Callahan
       John P. Craver
       Richard Brian Katskee
       John Lebsack
       Alexander Joseph Luchenitser
       Daniel Mach
       Douglas W. Poling
       Jack Stokan
       Charles B Wayne
       Heather L. Weaver

CMW/at