IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 16-cv-02840-RM-SKC

MARK JANNY,

    Plaintiff,

v.

JOHN GAMEZ, Community Parole Officer, Colorado Department of Corrections, in his individual capacity;
JIM CARMACK, Director of the Program, Denver Rescue Mission in Fort Collins, in his individual capacity; and
TOM KONSTANTY, Co-Director of The Program, Denver Rescue Mission in Fort Collins, in his individual capacity,

    Defendants.

_____

### ORDER OF DISMISSAL AS TO DEFENDANTS
### JIM CARMACK AND TOM KONSTANTY
_____

    This matter is before the Court on the Joint Motion to Dismiss Defendants Carmack and Konstanty (the "Motion") (ECF No. 273). Upon consideration of the Motion, the file, and the applicable rules, and being otherwise fully advised, it is

    **ORDERED** that the Motion is hereby **GRANTED**. Pursuant to Fed. R. Civ. P. 41(a)(2), the Defendants Jim Carmack and Tom Konstanty only are hereby **DISMISSED WITH PREJUDICE**, with each party to bear their own attorneys' fees, expenses and costs. Defendant John Gamez remains in the case; and it is

    **FURTHER ORDERED** that Defendants Jim Carmack's and Tom Konstanty's names shall be removed from the caption in all future filings with the Court.

    DATED this 7th day of January, 2022.

                                             BY THE COURT:

                                             _____
                                             RAYMOND P. MOORE
                                             United States District Judge