IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-02840-RM-SBP

MARK JANNY,

    Plaintiff,

v.

COLORADO DEPARMENT OF CORRECTIONS,

    Defendant.

## PLAINTIFF'S UNOPPOSED MOTION FOR DISMISSAL OF ACTION

    Plaintiff Mark Janny, pursuant to Fed. R. Civ. P. 41(a)(2), and in accordance with the settlement agreement reached by the parties, moves that his claims against former named-defendant John Gamez and current named-defendant Colorado Department of Corrections be dismissed with prejudice.  Each party shall bear his/its own attorney's fees, expenses, and costs.

    Pursuant to Local Rule 7.1(a), the undersigned conferred with counsel for the former and current named-defendants, who represented they have no objection to the requested relief.

    A proposed order is attached as Exhibit A.

Respectfully submitted,

*/s/ Charles B. Wayne*
Charles B. Wayne
Nicole M. Kozlowski
DLA Piper LLP (US)
500 Eighth Street, N.W.
Washington, D.C. 20004
(202) 799-4253
(202) 799-5253 (fax)
charles.wayne@us.dlapiper.com
nicole.kozlowski@us.dlapiper.com

Alexander J. Luchenitser
Americans United for Separation
 of Church and State
1310 L Street, N.W.
Suite 200
Washington, D.C.  20005
(202) 466-7306
(202) 898-0956 (fax)
luchenitser@au.org

Daniel Mach
Heather L. Weaver
ACLU Program on Freedom of
 Religion and Belief
915 15th Street, N.W.
Suite 600
Washington, D.C.  20005
(202) 675-2330
(202) 546-0738 (fax)
dmach@aclu.org
hweaver@aclu.org

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of June, 2024, I filed the foregoing using the CM/ECF system which will send notification of such filing to all counsel of record.

<em>s/Charles B. Wayne</em><br>
Charles B. Wayne