# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-02840-RM-SBP

MARK JANNY,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,

    Defendant.

## ORDER OF DISMISSAL

This matter is before the Court on plaintiff Mark Janny's Unopposed Motion for Dismissal of Action (ECF No. 339). Upon consideration of the Motion, the file, and applicable rules, and being otherwise fully advised, it is

**ORDERED** that the Motion is hereby **GRANTED**. Pursuant to Fed. R. Civ. P. 41(a)(2), all of plaintiff's claims against former named-defendant John Gamez and current named-defendant Colorado Department of Corrections are hereby **DISMISSED WITH PREJUDICE**, with each party to bear his/its own attorney's fees, expenses, and costs.

Dated this ___ day of June, 2024.

BY THE COURT:

_____

Raymond P. Moore
United States District Judge